1
2
3
4
5
6                    **UNITED STATES DISTRICT COURT**
7                    **DISTRICT OF ARIZONA – PHOENIX DIVISION**

| | |
|---|---|
| Rachael Wical, | Case No.: CV 17-00430-PHX-JAT |
| Plaintiff, | |
| v. | **ORDER APPROVING STIPULATION TO DISMISS COMPLAINT** |
| Sterling Jewelers d/b/a Kay Jewelers, | |
| Defendant. | |

The Court having considered the *Stipulation to Dismiss Complaint Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii)* (the "Stipulation") (Doc. 10) entered into by and between *plaintiff* Rachel Wical and *defendant* Sterling Jewelers Inc. dba Kay Jeweler, Inc., and good cause appearing therefor,

**IT IS ORDERED** that the Stipulation (Doc. 10) is **APPROVED**.

**IT IS FURTHER ORDERED** that this action is hereby dismissed *with prejudice*.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction for the purpose of enforcing the terms of the separate settlement agreement entered into between the parties.

**IT IS FURTHER ORDERED** that this Order supersedes the Order entered on April 27, 2017 (Doc. 9).

Dated this 22nd day of May, 2017.

_____
James A. Teilborg
Senior United States District Judge